**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------X

Julia Yepez,

           Plaintiff,

           -against-

**Livlong Properties, LP, et al**
           Defendant.

---------------------------------------------------------X

**CASE MANAGEMENT PLAN**
**12-CV-04459 (CBA)(RER)**

           Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by ___N/A___.

2. No additional parties may be joined after ___1/23/13___.

3. No amendment of the pleadings will be permitted after ___1/23/13___.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: ___1/24/13___.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before ___3/29/13___.

    (b)    rebuttal expert witnesses on or before ___5/15/13___.

6. All discovery, including depositions of experts, shall be completed on or before ___6/28/13___ ___ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)** Yes_____ No__✓__

If parties answer yes, then fill out the *AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge* form. The form can be accessed at the following link : http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9.    A Telephone Conference set for ___2/22/13 @ 10:30am___ to be initiated by Plaintiff or Defendant (Circle one).

* (The Court will schedule the conference listed above.)

10.    Status Conference will be held on ___5/2/13 @ 10:00 .a___
           * (The Court will schedule the conference listed above)

11.    A Final Pre-trial conference will be held on ___7/2/13 @ 10:00 a___
           *(The Court will schedule the conference listed above.)

not        12.    This scheduling order may be altered or amended upon a showing of good cause
                         foreseeable at the date hereof.

Dated: Brooklyn, New York
           ___1/16___, 2013

                                                 _____
                                                 RAMON E. REYES, JR.
                                                 UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

                                                 _____
                                                 NAME  Glen Parker
                                                 Attorney for Plaintiff
                                                 ADDRESS  40 Worth Street, 10th floor
                                                 E-mail: ghp@parkerhanski.com
                                                 Tel.: 212-248-7400
                                                 Fax: 212-248-5600

                                                 _____
                                                 NAME  Jill Mandell / COZEN O'CONNOR
                                                 Attorney for Defendant
                                                 ADDRESS  45 Broadway
                                                 E-mail: jmandell@cozen.com
                                                 Tel.: 212. 509. 9400
                                                 Fax: 866. 782. 9441